BENZ & Cie v. FROELICH. (No. 6057.) (Supreme Court, Appellate Division, First Department. June 19, 1914.) Appeal from Special Term, New York County. Action by Benz & Cie against Jesse Froelich. From an order granting a motion for commission on written interrogatories, defendant appeals. Modified and affirmed. Jesse S. Epstein, of New York City, for appellant. Charles Oakes, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified, by allowing the defendant either to join in the commission with written cross-interrogatories or to attend and cross-examine the witnesses orally as he shall elect. As so modified, the order is affirmed, without costs.

In re BEREZOFF. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) In the matter of the application of Barnet Berezoff. No opinion. Motion for stay granted, on condition that appellant perfect its appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion denied, without costs.

BERRY, Respondent, v. URBAN WATER SUPPLY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Emma Berry, as administratrix, etc., against the Urban Water Supply Company and another. No opinion. Motion for leave to appeal to the Court of Appeals denied. For former opinion, see 148 N. Y. Supp. 67.

BERGER MFG. CO. v. REIS et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by the Berger Manufacturing Company against Moses Reis, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

BERSEY, Respondent, v. TRACY, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by John E. Bersey against John P. Tracy, etc. No opinion. Judgment and order unanimously affirmed, with costs.

BIRKETT MILLS, Respondent, v. FENNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by the Birkett Mills against William B. Fenner. No opinion. Judgment affirmed, with costs, and certified copies of order approving trustee's bond and of adjudication of bankruptcy received in support of the judgment. See Whitwell v. Wright, 136 App. Div. 246, 120 N. Y. Supp. 1065. See, also, 142 N. Y. Supp. 1045.

BISHOP, Respondent, v. LEWIS, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Charles F. Bishop against William B. Lewis, impleaded with others. W. A. Barber, of New York City, for appellant. J. B. Kilsheimer, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1106.

BISHOP v. LEWIS et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Charles F. Bishop against William B. Lewis, impleaded with another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1106.

BLANCHARD, Respondent, v. ALDRICH PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Selina Blanchard, as administratrix of the goods, chattels, and credits of James Manor, deceased, against the Aldrich Paper Company. No opinion. Judgment and order unanimously affirmed, with costs.

BLOOM, Appellant, v. BANKERS' SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Isidor Bloom, as surviving partner, etc., against the Bankers' Surety Company.

PER CURIAM. Judgment affirmed, with costs.

BURR, J., taking no part.

BLOSSOM, Appellant, v. CHISHOLM et al., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by James B. Blossom against Mary R. Chisholm and another. Gustav Lange, Jr., of New York City, for appellant. J. H. Choate, Jr., of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re BOARD OF WATER SUPPLY OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) In the matter of the application and petition of the Board of Water Supply of the City of New York to acquire real estate, etc., in the town of Mt. Pleasant, etc.; Kensico Reservoir, Section No. 5, No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, without costs.

BOLGER, Respondent, v. HAAS TOBACCO CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1914.) Action by Joseph Bolger, an infant, etc., against the Haas Tobacco Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decisions, see 147 N. Y. Supp. 1099.

BOND, Respondent, v. WALKER, Appellant. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Josephine L. Bond against Frederick H. Walker,